UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. _____ |
| v. : | |
| : | 26 U.S.C. § 7202 |
| JEFFREY NORMAN JACKSON, : | |
| : | |
| Defendant. : | |

## INFORMATION

The United States charges that:

JEFFREY NORMAN JACKSON, a resident of Temple Hills, Maryland, operated a business under the name Innovative Security Services, LLC, with its principal place of business in the District of Columbia. Beginning with the fourth quarter of 2005, ending December 31, 2005, and continuing through the fourth quarter of 2009, ending December 31, 2009, he deducted and collected from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes. From on or about January 31, 2006 through on or about February 1, 2010, in the District of Columbia and elsewhere, JEFFREY NORMAN JACKSON did willfully fail to truthfully account for and pay over to the Internal Revenue Service approximately $595,687.39 in federal income taxes and Federal Insurance Contributions

Act taxes withheld and due and owing to the United States America for the fourth quarter of 2005 through the fourth quarter of 2009.

In violation of Title 26, United States Code, Section 7202.

TAMARA W. ASHFORD
Acting Assistant Attorney General
Department of Justice, Tax Division

By: *Melissa Siskind*
Melissa S. Siskind (DC Bar # 984681)
Steve Descano (DC Bar # 1013398)
Trial Attorneys
Department of Justice, Tax Division
601 D Street, NW
Washington, DC 20004
(202) 305-4144
melissa.s.siskind@usdoj.gov

11924088.2